JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| ARNOLD ALONZO, | Case No. CV 09-00361 JFW (FFM) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| ANTHEM LIFE INSURANCE COMPANY, a corporation; DOES 1 through 10, inclusive | |
| Defendants. | |

ORDER

Based upon the Joint Stipulation for Dismissal of the parties that the above-captioned action be dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and that each Party agrees to bear her or its own costs and attorney's fees and for good cause shown, the Stipulation of Dismissal is hereby granted.

IT IS SO ORDERED.

Dated: March 31, 2009

Hon. John F. Walter
United States District Court Judge

LA1 6779908.1